Certificate Number: 05375-CAN-CC-011274469


05375-CAN-CC-011274469

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>June 10, 2010</u>, at <u>3:03</u> o'clock <u>PM PDT</u>, <u>John M Martinez</u> received from <u>DBSM, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Northern District of California</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet and telephone</u>.

Date: June 10, 2010    By: /s/Danette Banyai

Name: Danette Banyai

Title: Director

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

Certificate Number: 05375-CAN-CC-011274470


05375-CAN-CC-011274470

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>June 10, 2010</u>, at <u>3:03</u> o'clock <u>PM PDT</u>, <u>Corina J Martinez</u> received from <u>DBSM, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Northern District of California</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet and telephone</u>.

Date: <u>June 10, 2010</u>　　　By: <u>/s/Danette Banyai</u>

　　　　　　　　　　　　　　Name: <u>Danette Banyai</u>

　　　　　　　　　　　　　　Title: <u>Director</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).